# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D18-0080

———————————————————

JAMES L. THOMAS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

March 5, 2019

PER CURIAM.

    AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Office of Candice K. Brower, Criminal Conflict & Civil Regional Counsel, and Michael J. Titus, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.